UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROBBIE ELLIOTT,** | ) |
| Plaintiff, | ) |
| v. | ) Case No: 5:24-cv-628-LCB |
| **DOLLAR TREE STORES, INC.,** | ) |
| Defendants. | ) |

## **MEMORANDUM**

The parties have filed a Joint Stipulation of Dismissal. Doc. 23. Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply here.

A joint stipulation of dismissal is "self-executing" upon proper filing. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017). Because the parties have filed a joint stipulation of dismissal signed by all parties, the case was dismissed immediately upon filing of the stipulation. Per the joint stipulation, Elliott's claims against the Defendant are **DISMISSED WITH PREJUDICE**. Doc. 23. Because

the case has been dismissed, the Court also **DENIES AS MOOT** the Defendant's Motion for Summary Judgment. Doc. 20.

The Clerk of Court is therefore **DIRECTED** to close this case.

**DONE** and **ORDERED** March 31, 2025.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE